United States District Court
For the Northern District of California

1

2

3                     UNITED STATES DISTRICT COURT

4                     NORTHERN DISTRICT OF CALIFORNIA

5

6

7   DANIEL RODRIGUEZ,

8          Plaintiff,                          No. C 10-2249 PJH

9       v.                                     **ORDER**

10  SHERIFF MICHAEL HENNESSEY,

11         Defendant.
                                          /
12

13         Pro se plaintiff Daniel Rodriguez filed this action on May 25, 2010, against defendant

14  Michael Hennessey, Sheriff of the County of San Francisco.  Plaintiff, who was in the

15  custody of the Sheriff's Department at various times from November 2009 through March

16  2010, alleges that on November 4, 2009, he was assaulted and battered by one or more

17  Sheriff's Deputies, including a Deputy J. Aguirre.  Plaintiff was released from custody on

18  March 25, 2010.

19         Defendant moved to dismiss the complaint based on failure to exhaust

20  administrative remedies.  On September 9, 2010, the court denied the motion, on the basis

21  that plaintiff was not in custody when he filed the complaint.  Defendant then moved for

22  judgment on the pleadings.  Plaintiff did not respond to the motion, and did not appear at

23  the noticed hearing.  On December 9, 2010, the court granted the motion as to any federal

24  claims, and dismissed the state law claims without prejudice to refiling in state court.  Also

25  on December 9, 2010, the court entered judgment in favor of defendant.  Plaintiff did not

26  file a notice of appeal.

27         On December 21, 2011, plaintiff filed a motion for "a new trial."  On December 27,

28  2011, plaintiff filed a second motion for "a new trial."  To the extent that these motions are

1 | intended as motions to alter or amend the judgment pursuant to Federal Rule of Civil

2 | Procedure 59, they are DENIED as untimely.  <u>See</u> Fed. R. Civ. P. 59(e).  To the extent that

3 | they are intended as motions for relief from judgment pursuant to Federal Rule of Civil

4 | Procedure 60(b) (1), (2), or (3), they are DENIED as untimely.  See Fed. R. Civ. P.

5 | 60(b)(c)(1), To the extent that they are intended as motions for relief from judgment

6 | pursuant to Rule 60(b)(4), (5), or (6), they are DENIED because plaintiff has stated no

7 | basis for the motion, whatsoever, under those subsections.

8 |

9 | **IT IS SO ORDERED.**

10 | Dated:  January 4, 2012

11 | _____
PHYLLIS J. HAMILTON
United States District Judge

2